# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 7326 | **DATE** | 6/11/2009 |
| **CASE TITLE** | Evelyn Benders vs. Bellows and Bellows | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's pro se motion to reopen the case [167] is denied.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

This matter is before the court on Plaintiff Evelyn Benders' (Benders) *pro se* motion to reopen the case. Benders was represented by counsel and this matter was set for trial to start on May 26, 2009. However, the parties requested a settlement conference and such settlement conference was held on May 21, 2009, with all the parties present. On that date, a firm settlement was reached between the parties. On that same date, counsel for Benders on the record moved to dismiss the action pursuant to a firm and confidential settlement, and we granted the motion and dismissed the action and terminated the case. In dismissing the action, the court did not retain jurisdiction to enforce the terms of the settlement. Benders has not provided any basis to reopen the case and/or to renegotiate the terms of the firm settlement after the case has been dismissed pursuant to a firm settlement. There is nothing further pending before this court and Benders' *pro se* motion to reopen the case is denied.